**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 5, 2019

# CLERK'S NOTICE OF VOLUNTARY DISMISSAL

Re:   Moody v. Holley Oil Co., Inc.
      Civil Action No.   2:19-cv-00733-WC

Pursuant to the Notice of Voluntary Dismissal (document # 6) filed by Willie Moody, Jr. on 11/1/2019, this case is closed without prejudice without an order of the court.